Prob12A
D/NV Form
Rev. July 2013

# United States District Court

## for

## the District of Nevada

### REPORT ON OFFENDER
### UNDER SUPERVISION
### REQUEST TO QUASH WARRANT
### September 4, 2014

**Name of Offender:**   JAMES LUKE BOWMAN

**Case Number:**   3:02-cr-00204-HDM-RAM

**Name of Sentencing Judicial Officer:**   Honorable Howard D. McKibben

**Date of Original Sentence:** First Term: May 15, 2003, Second Term: October 25, 2011

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine<br>Second Term, Revocation Judgement:<br>Shall Not Commit Another Crime, Driving Under the Influence (DUI) |
| Original Sentence: | First Term: 120 months imprisonment with 5 years supervised release.<br>Second Term: 15 Days followed by Four Years 11 Months and 15 Days Supervised Release. |

**Date Supervision Commenced:**   November 7, 2011

### U. S. PROBATION OFFICER ACTION SUMMARY

The purpose of this correspondence is to update the Court on a warrant requested for this matter on July 22, 2014. At this time our office is respectfully requesting that the previously issued warrant be quashed based on the following preliminary information. On September 3, 2014, officers of the United States Marshal's Service Task Force located Bowman in the area of 8th and Sutro in Reno, Nevada. In their attempt to arrest Bowman, he pointed a gun in the direction of two local officers, thus prompting their response with lethal force. He was confirmed deceased at a local hospital. Our office will obtain a copy of the death certificate once it is made available by the Washoe County Health Department and submit it to the Court.

RE: JAMES LUKE BOWMAN

Prob12A
D/NV Form
Rev. July 2013

Respectfully submitted,

*[signature]*
BARBARA HUNT
Senior United States Probation Officer

APPROVED:

*[signature]*
TODD WHITE
Supervising United States Probation Officer

---

*Please indicate your response below and return to the Probation Office:*

__✓__ Concur with the proposed course of action (Quash Previously Issued Warrant dated July 22, 2014).

_____ Other (please include Judicial Officer instructions below):

_____

_____

*[signature]*
Signature of Judicial Officer

September 9, 2014
Date